IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL F. MEJÍA,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIRLINES INC., ET AL.,<br><br>Defendant. | CIV. NO.: 12-1368(SCC) |

**FINAL JUDGMENT**

In light of the settlement agreement reached by the parties, the complaint is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs and fees. The Court retains jurisdiction to enforce compliance with the agreement's terms.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 18th day of September, 2013.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE